IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Filed  9-12-01

Clerk, U. S. District Court
Western District of Texas

By

Deputy

CROSSROADS SYSTEMS, INC.,
      Plaintiff

vs.

CHAPARRAL NETWORK STORAGE,
INC.,
      Defendant

§
§
§
§
§
§
§
§
§

NO. A 00-CA-217 SS

## VERDICT FORM

We, the jury, unanimously answer the following questions:

## QUESTION ONE

Do you find from a preponderance of the evidence that Chaparral literally infringed any claim of the '972 patent?

Answer "yes" or "no":  _____ Yes _____

If you answered "yes," indicate which claims (by number) were literally infringed:

_____ 1 - 14 _____

Proceed to Question Two.

132

**QUESTION TWO**

Do you find from a preponderance of the evidence that Chaparral infringed any claim of the '972 patent under the doctrine of equivalents?

Answer "yes" or "no":          _____

If you answered "yes," indicate which claims were infringed under the doctrine of equivalents:

_____

Proceed to Question Three.

**QUESTION THREE**

Do you find from a preponderance of the evidence that Chaparral induced infringement by others of any claim of the '972 patent?

Answer "yes" or "no":       _____Yes_____

If you answered "yes," indicate which claims Chaparral induced others to infringe:

_____7-14_____

Proceed to Question Four.

**QUESTION FOUR**

Do you find from a preponderance of the evidence that Chaparral contributorily infringed any claim of the '972 patent?

Answer "yes" or "no":        _____*Yes*_____

If you answered "yes," indicate which claims were contributorily infringed:

_____*7-14*_____

If you answered "Yes" to any of the preceding four questions, proceed to Question Five.  If you answered "No" to all the preceding questions, answer no further questions.

**QUESTION FIVE**

What sum of money, if now paid in cash, would fairly and reasonably compensate Crossroads for the damages it has sustained as a result of Chaparral's infringement of the '972 patent?

Answer in dollars and cents, if any:

*Rauter*
167,247
5%
8365.00

*Raid*
1,371,693.
3%
41,150.79    49515.79

$ _____

Proceed to Question Six.

- 5 -

**QUESTION SIX**

Do you find from clear and convincing evidence that the infringement by Chaparral of any of the claims of the '972 patent was willful?

Answer "yes" or "no": _____*Yes*_____

If you answered "yes," indicate which claims were willfully infringed:

_____ *1-14* _____

Proceed to Question Seven.

**QUESTION SEVEN**

Do you find from clear and convincing evidence that any claim of the '972 patent is invalid as anticipated by prior art?

Answer "yes" or "no": _____*No*_____

If you answered "yes," indicate which claims are invalid as anticipated by prior art:

_____

What date have you determined is the date of invention of the '972 patent?

_____

Proceed to Question Eight.

**QUESTION EIGHT**

Do you find from clear and convincing evidence that any claim of the '972 patent is invalid due to obviousness?

Answer "yes" or "no":　　　　_____ *No* _____

If you answered "yes," indicate which claims are invalid due to obviousness:

_____

Proceed to Question Nine.

- 8 -

**QUESTION NINE**

Do you find from clear and convincing evidence that the '972 patent is unenforceable due to inequitable conduct?

Answer "yes" or "no":       _____ *No* _____

Submitted the ___*12*___ day of September 2001 at _*4*_ o'clock *p*. m.

_____
PRESIDING JUROR